IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOCAL UNION NO. 98 INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, ET AL., : <br> Plaintiffs, <br> v. <br> EASTERN ELECTRIC CORP. OF NEW JERSEY, ET AL., <br> Defendants. | CIVIL ACTION <br><br> NO. 08-3731 |

## ORDER

**AND NOW,** on this ___ of September, 2009, upon consideration of Defendants' Motion to Vacate Default Judgment (Doc. 15) and Plaintiff's Response thereto (Doc. 16), **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants' counsel, Kevin B. Watson, Esq., shall show cause within ten (10) days of the date of this Order as to why sanctions consistent with Fed. R. Civ. P. 11(c) should not be imposed upon counsel for failure to comply with Fed. R. Civ. P. 11(b)(1) and (2), as it pertains to the filing of the instant Motion to Vacate Default Judgment subsequent to the Court's Order Denying Reconsideration of the Entry of Default Judgment.

BY THE COURT

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.